# CHRISTINE WIEN v. H. F. FLEMMING.[1]

## November 3, 1916.

## Nos. 20,033—(153).

**Damages — verdict not excessive.**

Action for personal injuries. *Held*, that a verdict for $1,500 was not excessive.

Action in the district court for Hennepin county to recover $5,000 for personal injuries caused by the negligent driving of defendant's automobile. The case was tried before Leary, J., and a jury which returned a verdict for $1,500. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*Bracelen & Cronin*, for appellant.

*Robertson & Bonner*, for respondent.

PER CURIAM.

As plaintiff was alighting from a street car in the city of Minneapolis, she was struck and thrown to the pavement by a passing automobile. The only question presented is whether the amount of damages awarded by the jury is excessive. If plaintiff sustained no injuries other than those discovered by her physician in the physical examination made by him, the verdict is large, but the jury could find from her testimony that she had sustained internal injuries from which she may continue to suffer for an indefinite length of time, and we cannot say as a matter of law that the verdict is so clearly unreasonable as to warrant this court in setting it aside after the trial court has refused to do so.

The order denying a new trial is affirmed.

[1] Reported in 159 N. W. 1095.

Note.—For authorities passing on the question of excessiveness of verdict in actions for personal injuries other than death, see comprehensive note in L.R.A. 1915F, 30.